BRAD D. BRIAN (Admitted Pro Hac Vice)
brad.brian@mto.com
MICHAEL R. DOYEN (Admitted Pro Hac Vice)
michael.doyen@mto.com
BETHANY W. KRISTOVICH (Admitted Pro Hac Vice)
bethany.kristovich@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Tel: 213.683.9100/Fax: 213.687.3702

E. STRATTON HORRES, JR. (Admitted Pro Hac Vice)
Stratton.Horres@wilsonelser.com
JORGE A. RAMIREZ
Jorge.Ramirez@wilsoneler.com
Arizona Bar No. 30307
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
300 South Fourth Street, 11th Floor
Las Vegas, NV 89101
(702) 727-1400; FAX (702) 727-1401

2375 E. Camelback Rd., Suite 600
Phoenix, AZ 85016
(480) 562-3660; FAX (480) 562-3659

Attorneys for Plaintiffs MGM RESORTS INTERNATIONAL, MANDALAY RESORT GROUP, MANDALAY BAY, LLC, MGM RESORTS FESTIVAL GROUNDS, LLC, and MGM RESORTS VENUE MANAGEMENT, LLC

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| MGM RESORTS INTERNATIONAL, MANDALAY RESORT GROUP, MANDALAY BAY, LLC, MGM RESORTS FESTIVAL GROUNDS, LLC, MGM RESORTS VENUE MANAGEMENT, LLC<br>Plaintiffs,<br><br>vs.<br><br>STEPHANIE BOOTH; NICOLE A. CALOMINO; SUSAN ELIZABETH CHOULKES; PEGGY EVENS; AMY FILLEMAN, ELIZABETH GLASCOM; JAMES GREEN; JARED JOHNSON; YVONNE JOHNSON; JOHN JONES; KASSANDRA KOPP; MARK LATHEN | Case No. 2:18-CV-02250-DGC<br><br>**NOTICE OF DISMISSAL UNDER FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)** |

MARIO LATKA; CASSANDRA MOLENDA; THOMAS CAMERON MORRIER; SONRISA RATHS; MELISSA REDWINE; KIM SANDSTROM; NICOLE SCHUBERT; BRETT SCHWANBECK; JAMIE TANNER; JOSEPH TOBIN; BRANDON WHITE; BETHANY YORK; DOMINIQUE YOUNG; DAVID ZAMORA; DEBRA ZAMORA,
Defendants.

**TO THE HONORABLE COURT:**

Plaintiffs hereby file their Notice of Dismissal without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A) and request that the Court accordingly dismiss this Civil Action without prejudice to refiling the same.

DATED this 26th day of November, 2018.

*/s/ E. Stratton Horres, Jr.*

E. Stratton Horres, Jr. Esq.
Jorge A. Ramirez, Esq.
AZ Bar No: 30307
**WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**
300 South Fourth Street, 11th Floor
Las Vegas, NV 89101
(702) 727-1400; FAX (702) 727-1401

2375 E. Camelback Rd., Suite 600
Phoenix, AZ 85016
(480) 562-3660; FAX (480) 562-3659

Brad D. Brian, Esq.
Michael R. Doyen, Esq.
Bethany Kristovich, Esq.
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue
Los Angeles, CA 90071
(213) 683-9292; FAX (213) 447-0075

Attorneys for Plaintiffs MGM RESORTS INTERNATIONAL, MANDALAY RESORT GROUP, MANDALAY BAY, LLC, MGM RESORTS FESTIVAL GROUNDS, LLC, and MGM RESORTS VENUE MANAGEMENT, LLC